IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIE L. DAVIS, :

       Plaintiff, : Case No. 3:13-cv-170

- vs - : District Judge Walter Herbert Rice
                           Magistrate Judge Michael R. Merz
DEBORAH S. HUNT, :

       Defendant. :

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #4), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the complaint is DISMISSED with prejudice for failure to state a claim upon which relief would be granted. The Court hereby certifies to the United States Court of Appeals that any appeal would be objectively frivolous, barring Plaintiff from appealing *in forma pauperis*

June 28, 2013.

                                                      Walter Herbert Rice
                                                      United States District Judge